B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Begovich, Scot M.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Begovich, Kerri L.** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-2540** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-9777** |
| Street Address of Debtor (No. and Street, City, and State):<br>**40W638 Aberdeen Lane**<br>**Saint Charles, IL**<br>ZIP Code **60175** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**40W638 Aberdeen Lane**<br>**Saint Charles, IL**<br>ZIP Code **60175** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Begovich, Scot M.**<br>**Begovich, Kerri L.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Begovich, Scot M.**
**Begovich, Kerri L.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Scot M. Begovich**
Signature of Debtor  **Scot M. Begovich**

**X  /s/ Kerri L. Begovich**
Signature of Joint Debtor  **Kerri L. Begovich**

_____
Telephone Number (If not represented by attorney)

**October 16, 2008**
Date

### Signature of Attorney*

**X  /s/ Joel A. Schechter**
Signature of Attorney for Debtor(s)

**Joel A. Schechter 03122099**
Printed Name of Attorney for Debtor(s)

**LAW OFFICES OF JOEL A. SCHECHTER**
Firm Name

**53 W. Jackson Blvd.**
**Suite 1025**
**Chicago, IL 60604**

_____
Address

**Email: joelschechter@covad.net**
**(312)332-0267  Fax: (312)939-4714**
Telephone Number

**October 16, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Scot M. Begovich**
      **Kerri L. Begovich**
                                                      Debtor(s)

Case No.
Chapter    **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**Official Form 1, Exh. D (10/06) - Cont.**

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Scot M. Begovich**
                      **Scot M. Begovich**

Date:   **October 16, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Scot M. Begovich**
      **Kerri L. Begovich**
                              Debtor(s)

Case No.
Chapter  **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**Official Form 1, Exh. D (10/06) - Cont.**

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kerri L. Begovich**
                       **Kerri L. Begovich**

Date:   **October 16, 2008**

Albert Enterprises
1150 RFD
Long Grove, IL 60047

Alliant Law Group/AT&T
2860 Zanker Road, Suite 105
San Jose, CA 95134

Ambriz Roofing
P.O. Box 1016
Round Lake, IL 60073

Amcore Bank
225 W. Jackson St.
P.O. Box 1547
Woodstock, IL 60098-1547

Amcore Bank
1210 S. Alpine Road
Rockford, IL 61108

Amex
P.O. Box 650488
Dallas, TX 75265-0048

Amron Stair Works
149 Industrial Drive
Gilberts, IL 60136

Amron Stairs
149 Industrial Dr.
Gilberts, IL 60136

Ansam Electric
1427 Bull Valley Drive
Woodstock, IL 60098

Applied Geoscience Inc.
2385 Hammond Drive, Suite 6
Schaumburg, IL 60173

Arroyo's Landscaping
39W066 Big Timber
Elgin, IL 60124

ASAP Garage Doors
11414-A Smith Road
Huntley, IL 60142


B&B Networks
245 W. Roosevelt Road
Building 3, Suite 17
West Chicago, IL 60189


Bank of America
P.O. Box 25118
Tampa, FL 33622-5118


Bank of America
Business Card
P.O. Box 15710
Wilmington, DE 19886-5710


Bank of America
P.O. Box 37279
Baltimore, MD 21297-3279


Beneficial
P.O. Box 17574
Baltimore, MD 21297-1574


BHFX
80 W. Seegers Rod
Arlington Heights, IL 60005


Bill and Linda Young
23939 Lancaster Court
Deer Park, IL 60010


Blake & Schafer
3018 N. Richmond Road
Mchenry, IL 60050


Breezy Hill Nursery
7530 288th Ave.
Salem, WI 53168


Brillion & Walsh
4227 Grove Avenue
Gurnee, IL 60031

Builders by Design
5003 S. Little Drive
Mchenry, IL 60051


Capital One
P.O. Box 5294
Carol Stream, IL 60197-5294


Capital One
P.O. Box 105131
Atlanta, GA 30348-5131


Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153


Charter National Bank
2200 W. Higgins Road
Hoffman Estates, IL 60195


Chase
P.O. Box 15153
Wilmington, DE 19886-5153


Chase
Carmember Services
P.O. Box 15153
Wilmington, DE 19886


Chase Bank
340 S. Cleveland Ave., Bldg. 370
Westerville, OH 43081


Chicago Tribune
P.O. Box 6490
Chicago, IL 60680-6490


Chicagoland Publishing Company
c/o Caine & Weiner
1100 E. Woodfield Road #425
Schaumburg, IL 60173


Citibank
Processing Center
Des Moines, IA 50363

```
City of Woodstock
121 W. Calhoun Street
Woodstock, IL 60098


Clay Products
2221 Pierce Drive
Spring Grove, IL 60081


ComEd
Attn:  Bankruptcy Department
Bill Payment Center
Chicago, IL 60668-0001


Concrete Solutions & Supply
27615 Wilmot Road
Trevor, WI 53179


Contractors Service and Supply Inc
2115 W. Diehl Rd.
Naperville, IL 60563


Countrywide
P.O. Box 650070
Dallas, TX 75265-0070


Cowhey Gudmundson Leder
300 Park Blvd, Suite 205
Itasca, IL


Dan and Karen Benson
985 Longstreet Drive
Bartlett, IL 60103


Delnor Community Hospital
Payment Processing Center
P.O. Box 88055
Chicago, IL 60680-1055


Dennis & Barb Legenski
6107 Lakeshore Drive
Cary, IL 60013
```

Direct Loans, U.S. Dept of Educatio
Direct Loan Payment Center
P.O. Box 530260
Atlanta, GA 30353-0260

Discover
P.O. Box 30395
Salt Lake City, UT 84130-0395

Edward Hines Lumber
P.O. Box 349
Hainesville, IL 60030

Elgin Waste
P.O. Box 5634
Elgin, IL 60121

FNBEO
485 Lake Street
Antioch, IL 60002

Fox Valley Landscapes

Freeborn & Peters
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Galleria Lighting, Inc.
760 S. Route 59
Suite 104
Naperville, IL 60540

Glass Doctors
761 N. 17th, Unit 23
Saint Charles, IL 60174

Glass Options
c/o Shearer & Agrella
4N701 School Road
Saint Charles, IL 60175

Globe Exteriors
400 W. Belden Ave.
Addison, IL 60101

Grande Park HOA
P.O. Box 447
Westmont, IL 60559-0447


Great American Insurance Company
P.O. Box 741877
Cincinnati, OH 45274-1877


Great Lakes Roofing
4519 42nd Street
Kenosha, WI 53144


Ground Engineering Consultants, Inc
350 Pfingsten Road, Unit 106
Northbrook, IL 60062-2032


Harris Bank
P.O. Box 6201
Carol Stream, IL 60197


Harvard Landscaping
10401 US Highway 14
Harvard, IL 60033


Hicks Gas
P.O. Box 175
200 E. Grand Ave.
Lake Villa, IL 60046-0175


Hidden Lakes HOA
7630 Galena Street
Lakewood, IL 60014


Hiller & Son
3909 North Spring Grove Road
Johnsburg, IL 60050


Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081


Ill. Dept. of Employment Security
P.O. Box 19300
Springfield, IL 62794-9300

```
Illinois Brick
8995 W. 95th Street
Palos Hills, IL 60465


Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447


Internal Revenue Service
Cincinnati Service Center
201 W. Rivercenter Blvd.
Covington, KY 41011


Jamco
3006 Albert Drive
Mchenry, IL 60050


JAS Associates
1355 Remington Rd., Suite U
Schaumburg, IL 60173


Jim Holtzrichter
3006 Albert Drive
Mchenry, IL 60050


John A. Raber
4314 A Crystal Lake Road
Mchenry, IL 60050


Ken Costello
P.O. Box 143
Grayslake, IL 60030


Kevin Corcoran
388 Addison Rd.
Riverside, IL 60546


Kohl's
P.O. Box 2983
Milwaukee, WI 53201-2983


Laboratory Physicians LLC
P.O. Box 10200
Peoria, IL 61612-0200
```

```
LaSalle Bank
8201 Innovation Way
Chicago, IL 60682-0082


Maki
460 N. Main Street
Antioch, IL 60002


Material Steel Service



Mayfair
661 S. Main
Crystal Lake, IL 60014


McHenry County Treasurer
2200 North Seminary
Woodstock, IL 60098


MHS Physician Services
P.O. Box 5081
Janesville, WI 53547-5081


Midland Standard Engineering & Test
558 Plate Drive, Unit 6
East Dundee, IL 60118


Midwest Community Bank
P.O. Box 689
Freeport, IL 60132


National City
P.O. Box 856176
Louisville, KY 40285-6176


National Tax Resolution Svcs., LLC
8337 W. Sunset Road, Suite 200
Las Vegas, NV 89113


Nicor
P.O. Box 1630
Aurora, IL 60507-1630
```

```
Norstate Bank
1777 N. Cedar Lake Road
Round Lake, IL 60073


Northwest Herald
P.O. Box 250
Crystal Lake, IL 60039-0250


NW Electric
600 E. Rand Road
Mount Prospect, IL 60056


PAF & Assoc.
1207 W. Algonquin Road
Algonquin, IL 60102


Parking Lot Services
1250 N. Rose Farm Road, Unit B
Woodstock, IL 60098


Pella
3369 Paysphere Circle
Chicago, IL 60674


Physicians Express LLC
2000 West Main Street, Suite M
Saint Charles, IL 60174-1773


Pioneer Oaks Investors, LLC
5414 Hill Road
Richmond, IL 60071


Pitel Septic
P.O. Box 193
Ringwood, IL 60072


Prairie Community Bank
P.O. Box 255
Marengo, IL 60152


Regnier Concrete
P.O. Box 112
Capron, IL 61012
```

```
Rego Group
920 Livingston Ln.
Inverness, IL 60010


RJR Insulation
704 Mgna Drive
Round Lake, IL 60073


Rockford Seamless Gutters
2119 N. Central Ave.
Rockford, IL 61101


Sanctuary of Bull Valley HOA
700 McHenry Ave.
Woodstock, IL 60098


Sand Canyon Medical Group
P.O. Box 96365
Oklahoma City, OK 73143-6365


Shine-On Window Cleaning
2302 W. North Ave., Suite 1W
Chicago, IL


Specialty Woodworking
5207 W. 65th
Bedford Park, IL 60638


Spitson Masonry
315 E. South Street
Woodstock, IL 60098


Spring Grove Distributors
5435 Bull Valley Road, Suite 130
Mchenry, IL 60050


State Farm
5159 W. 111th St.
Alsip, IL 60803-6021


Steve Case
1275 Grass Lake Road
Fox Lake, IL 60020
```

```
Steve Regopoulos
920 Livingston Ln.
Inverness, IL 60010


Terry Lyons
505 Orchard Street, Suite 600
Antioch, IL 60002


Thermaseal
P.O. Box 163669
Columbus, OH 43216


Titan Granite & Marble
4920 W. Belmont Ave.
Chicago, IL 60641


Tom Grace
1022 Hayslope
Knoxville, TN 37919


Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197-5855


Tri City Radiology S.C.
9410 Compubill Drive
Orland Park, IL 60462


Vanderstappen
1316 N. Madison Street
Woodstock, IL 60098


Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Village of Lakewood
P.O. Box 1502
Crystal Lake, IL 60039-1502


Village of Plainfield
24000 W. Lockport Street
Plainfield, IL 60544
```

```
Washington Mutual
P.O. Box 660487
Dallas, TX 75266-0487


Waste Management
P.O. Box 9001054
Louisville, KY 40290-1054


Wil & Elaine Burcham
3502 Middlesex Dr.
Woodstock, IL 60098


Windsor Doors
4519 Prime Parkway
Mchenry, IL 60050


Zoom Graphics, Inc.
1300 Basswood Road
Schaumburg, IL 60173
```