**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 08-27791 |
| SCOT M. BEGOVICH, | ) Chapter 7 |
| KERRI L. BEGOVICH, | ) Judge Manuel Barbosa |
|     Debtors. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING**
**ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE**
**ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

   At: Kane County Courthouse 100 S. 3rd St., Room 140, Geneva, IL 60134

   On: November 12, 2009           Time: 10:00 AM

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $   43,634.76 |
   | Disbursements | $   -0- |
   | Net Cash Available for Distribution | $   43,634.76 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as

follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Roy Safanda, Trustee | $ 0.00 | $5,113.47 | $132.74 |
| Roy Safanda, Attn'y | $0.00 | $ 853.12 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| None | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $ 50,063.00  must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  75   %.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 009 | IL Dept. of Rev. | $ 3,215.00 | $ 2,409.77 |
| 022 | IRS | $46,848.00 | $35,125.66 |

7. Claims of general unsecured creditors totaling $ 1,003,037.57  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be  0 %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| None. | | | |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:  None.

Dated: _____           For the Court,


                                    By: _____
                                        Kenneth S. Gardner
                                        Clerk of the U.S. Bankruptcy Court
                                        219 S. Dearborn Street, 7th Floor
                                        Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mflowers              Page 1 of 3                   Date Rcvd: Oct 01, 2009
Case: 08-27791                 Form ID: pdf006             Total Noticed: 136

The following entities were noticed by first class mail on Oct 03, 2009.
db/jdb        +Scot M. Begovich,    Kerri L. Begovich,    40W638 Aberdeen Lane,    Saint Charles, IL 60175-5722
aty           +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty            Joel A Schechter, ESQ,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
                Chicago, IL 60604
tr            +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
12739339      +AMCORE Bank, N.A.,    c/o Samuel G. Harrod IV,    Meltzer, Purtill & Stelle LLC,
                1515 E. Woodfield Road, 2nd Floor,    Schaumburg, IL 60173-5431
12721401      +ASAP Garage Doors,    11414-A Smith Road,    Huntley, IL 60142-9635
12721390      +Albert Enterprises,    1150 RFD,    Long Grove, IL 60047-7334
12721391      +Alliant Law Group/AT&T,    2860 Zanker Road, Suite 105,    San Jose, CA 95134-2119
12721392      +Ambriz Roofing,    P.O. Box 1016,    Round Lake, IL 60073-0663
12721394      +Amcore Bank,    1210 S. Alpine Road,    Rockford, IL 61108-3946
12721393       Amcore Bank,    225 W. Jackson St.,    P.O. Box 1547,    Woodstock, IL 60098-1547
13702235       American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
12721395      +Amex,    P.O. Box 650488,    Dallas, TX 75265
12721396      +Amron Stair Works,    149 Industrial Drive,    Gilberts, IL 60136-9753
12721397      +Amron Stairs,    149 Industrial Dr.,    Gilberts, IL 60136-9753
12721398      +Ansam Electric,    1427 Bull Valley Drive,    Woodstock, IL 60098-8070
12721399      +Applied Geoscience Inc.,    2385 Hammond Drive, Suite 6,    Schaumburg, IL 60173-3844
12721400      +Arroyo's Landscaping,    39W066 Big Timber,    Elgin, IL 60124-7802
12721402      +B&B Networks,    245 W. Roosevelt Road,    Building 3, Suite 17,    West Chicago, IL 60185-4838
12721407      +BHFX,    80 W. Seegers Rod,    Arlington Heights, IL 60005-3917
12721405       Bank of America,    P.O. Box 37279,    Baltimore, MD 21297-3279
12721404       Bank of America,    Business Card,    P.O. Box 15710,    Wilmington, DE 19886-5710
12721403       Bank of America,    P.O. Box 25118,    Tampa, FL 33622-5118
12721406       Beneficial,    P.O. Box 17574,    Baltimore, MD 21297-1574
12721408      +Bill and Linda Young,    3220 Arbor Lane,    Prairie Grove,IL 60012-2129
12721409      +Blake & Schafer,    3018 N. Richmond Road,    Mchenry, IL 60051-5438
12721410      +Breezy Hill Nursery,    7530 288th Ave.,    Salem, WI 53168-9532
12721411      +Brillion & Walsh,    4227 Grove Avenue,    Gurnee, IL 60031-2134
12721412      +Builders by Design,    5003 S. Little Drive,    Mchenry, IL 60051-9453
12721414       Capital One,    P.O. Box 105131,    Atlanta, GA 30348-5131
12721413       Capital One,    P.O. Box 5294,    Carol Stream, IL 60197-5294
12721415       Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
12721418      +Chase,    Carmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
12721417       Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
12721419      +Chase Bank,    340 S. Cleveland Ave., Bldg. 370,    Westerville, OH 43081-8917
13610421      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12721420       Chicago Tribune,    P.O. Box 6490,    Chicago, IL 60680-6490
12721421      +Chicagoland Publishing Company,    c/o Caine & Weiner,    1100 E. Woodfield Road #425,
                Schaumburg, IL 60173-5116
12721422      +Citibank,    Processing Center,    Des Moines, IA 50363-0001
12721423      +City of Woodstock,    121 W. Calhoun Street,    Woodstock, IL 60098-3218
12721424      +Clay Products,    2221 Pierce Drive,    Spring Grove, IL 60081-9703
12721426      +Concrete Solutions & Supply,    27615 Wilmot Road,    Trevor, WI 53179-9741
12721427      +Contractors Service and Supply Inc,    2115 W. Diehl Rd.,    Naperville, IL 60563-2359
12721428      +Countrywide,    P.O. Box 650070,    Dallas, TX 75265-0070
12721429      +Cowhey Gudmundson Leder,    300 Park Blvd, Suite 205,    Itasca, IL 60143-2600
12721430     +++Dan and Karen Benson,    417 Fox Glove Lane,    Barrington,IL 60010-3521
12721431       Delnor Community Hospital,    Payment Processing Center,    P.O. Box 88055,
                Chicago, IL 60680-1055
12721432      +Dennis & Barb Legenski,    6107 Lakeshore Drive,    Cary, IL 60013-1271
12721433       Direct Loans, U.S. Dept of Educatio,    Direct Loan Payment Center,    P.O. Box 530260,
                Atlanta, GA 30353-0260
12721435      +Edward Hines Lumber,    P.O. Box 349,    Hainesville, IL 60030-0349
12721436      +Elgin Waste,    P.O. Box 5634,    Elgin, IL 60121-5634
13685066       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
12721437      +FNBEO,    485 Lake Street,    Antioch, IL 60002-1405
12721439      +Freeborn & Peters,    311 S. Wacker Drive, Suite 3000,    Chicago, IL 60606-6679
12721440      +Galleria Lighting, Inc.,    760 S. Route 59,    Suite 104,    Naperville, IL 60540-8404
12721441      +Glass Doctors,    761 N. 17th, Unit 23,    Saint Charles, IL 60174-1667
12721442      +Glass Options,    c/o Shearer & Agrella,    4N701 School Road,    Saint Charles, IL 60175-6508
12721443      +Globe Exteriors,    400 W. Belden Ave.,    Addison, IL 60101-4919
12721444       Grande Park HOA,    P.O. Box 447,    Westmont, IL 60559-0447
12721445       Great American Insurance Company,    P.O. Box 741877,    Cincinnati, OH 45274-1877
12721446      +Great Lakes Roofing,    4519 42nd Street,    Kenosha, WI 53144-3440
12721447       Ground Engineering Consultants, Inc,    350 Pfingsten Road, Unit 106,    Northbrook, IL 60062-2032
12721448      +Harris Bank,    P.O. Box 6201,    Carol Stream, IL 60197-6201
12721449      +Harvard Landscaping,    10401 US Highway 14,    Harvard, IL 60033-9148
12721450      +Hicks Gas,    P.O. Box 175,    200 E. Grand Ave.,    Lake Villa, IL 60046-7808
12721451      +Hidden Lakes HOA,    7630 Galena Street,    Lakewood, IL 60014-6668
12721452      +Hiller & Son,    3909 North Spring Grove Road,    Johnsburg, IL 60051-5906
12721453       Hinshaw & Culbertson, LLP,    222 North LaSalle Street,    Suite 300,    Chicago, IL 60601-1081
13494892      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
                (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
                100 West Randolph Street Level 7-425,    Chicago, Illinois 60601)
12721454       Ill. Dept. of Employment Security,    P.O. Box 19300,    Springfield, IL 62794-9300
12721455      +Illinois Brick,    8995 W. 95th Street,    Palos Hills, IL 60465-5030
12721456       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12721457      +Internal Revenue Service,    Cincinnati Service Center,    201 W. Rivercenter Blvd.,
                Covington, KY 41011-1424
```

```
District/off: 0752-1          User: mflowers              Page 2 of 3                   Date Rcvd: Oct 01, 2009
Case: 08-27791                Form ID: pdf006             Total Noticed: 136

13892784     +Internal Revenue Service/U.S. Treasury,   Cincinnati Service Center,    201 W. Rivercenter Blvd,
               Covington, KY 41011-1424
12721459     +JAS Associates,    1355 Remington Rd., Suite U,    Schaumburg, IL 60173-4818
12721458     +Jamco,   3006 Albert Drive,    Mchenry, IL 60050-1724
12721460     +Jim Holtzrichter,    3006 Albert Drive,    Mchenry, IL 60050-1724
12721461     +John A. Raber,    4314 A Crystal Lake Road,    Mchenry, IL 60050-4281
12721462     +Ken Costello,    P.O. Box 143,    Grayslake, IL 60030-0143
12721463     +Kevin Corcoran,    388 Addison Rd.,    Riverside, IL 60546-2040
12721466      LaSalle Bank,    8201 Innovation Way,    Chicago, IL 60682-0082
12721465      Laboratory Physicians LLC,    P.O. Box 10200,    Peoria, IL 61612-0200
12721471      MHS Physician Services,    P.O. Box 5081,    Janesville, WI 53547-5081
12721467     +Maki,   460 N. Main Street,    Antioch, IL 60002-3000
12721469     +Mayfair,    661 S. Main,    Crystal Lake, IL 60014-6251
12721470     +McHenry County Treasurer,    2200 North Seminary,    Woodstock, IL 60098-2694
12721472     +Midland Standard Engineering & Test,    558 Plate Drive, Unit 6,    East Dundee, IL 60118-2458
12721473     +Midwest Community Bank,    P.O. Box 689,    Freeport, IL 61032-0689
12721479     +NW Electric,    600 E. Rand Road,    Mount Prospect, IL 60056-2533
12721474      National City,    P.O. Box 856176,    Louisville, KY 40285-6176
12721475     +National Tax Resolution Svcs., LLC,    8337 W. Sunset Road, Suite 200,    Las Vegas, NV 89113-2201
12721476      Nicor,    P.O. Box 1630,    Aurora, IL 60507-1630
12721477     +Norstate Bank,    1777 N. Cedar Lake Road,    Round Lake, IL 60073-1866
12721478      Northwest Herald,    P.O. Box 250,    Crystal Lake, IL 60039-0250
12721480     +PAF & Assoc.,    1207 W. Algonquin Road,    Algonquin, IL 60102-3509
12721481     +Parking Lot Services,    1250 N. Rose Farm Road, Unit B,    Woodstock, IL 60098-9502
12721482     +Pella,    3369 Paysphere Circle,    Chicago, IL 60674-0033
12721483      Physicians Express LLC,    2000 West Main Street, Suite M,    Saint Charles, IL 60174-1773
12721484     +Pioneer Oaks Investors, LLC,    5414 Hill Road,    Richmond, IL 60071-9750
12721485     +Pitel Septic,    P.O. Box 193,    Ringwood, IL 60072-0193
12721486     +Prairie Community Bank,    P.O. Box 255,    Marengo, IL 60152-0255
12721489     +RJR Insulation,    704 Mgna Drive,    Round Lake, IL 60073-2817
12721487     +Regnier Concrete,    P.O. Box 112,    Capron, IL 61012-0112
12721488     +Rego Group,    920 Livingston Ln.,    Inverness, IL 60010-6435
12721490     +Rockford Seamless Gutters,    2119 N. Central Ave.,    Rockford, IL 61101-2345
12721491     +Sanctuary of Bull Valley HOA,    700 McHenry Ave.,    Woodstock, IL 60098-3057
12721492      Sand Canyon Medical Group,    P.O. Box 96365,    Oklahoma City, OK 73143-6365
12721493     +Shine-On Window Cleaning,    2302 W. North Ave., Suite 1W,    Chicago, IL 60647-6261
12721494     +Specialty Woodworking,    5207 W. 65th,    Bedford Park, IL 60638-5703
12721495     +Spitson Masonry,    315 E. South Street,    Woodstock, IL 60098-4219
12721496     +Spring Grove Distributors,    5435 Bull Valley Road, Suite 130,    Mchenry, IL 60050-7433
12721497      State Farm,    5159 W. 111th St.,    Alsip, IL 60803-6021
12721498     +Steve Case,    1275 Grass Lake Road,    Fox Lake, IL 60020-1077
12721499     +Steve Regopoulos,    920 Livingston Ln.,    Inverness, IL 60010-6435
12721504    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Financial Services,    P.O. Box 5855,
               Carol Stream, IL 60197-5855)
12721500     +Terry Lyons,    505 Orchard Street, Suite 600,    Antioch, IL 60002-1286
12721501     +Thermaseal,    P.O. Box 163669,    Columbus, OH 43216-3669
12721502     +Titan Granite & Marble,    4920 W. Belmont Ave.,    Chicago, IL 60641-4331
13492499     +Titan Marble & Granite,    c/o Walinski & Trunkett, P.C.,    25 East Washington Street, Suite 1221,
               Chicago, IL 60602-1875
12721503     +Tom Grace,    1022 Hayslope,    Knoxville, TN 37919-7227
12721505     +Tri City Radiology S.C.,    9410 Compubill Drive,    Orland Park, IL 60462-2627
13599974      US DEPT OF EDUCATION,    DIRECT LOAN SVCG,    PO BOX 5609,    GREENVILLE, TX 75403-5609
12721506     +Vanderstappen,    1316 N. Madison Street,    Woodstock, IL 60098-2513
12721508      Village of Lakewood,    P.O. Box 1502,    Crystal Lake, IL 60039-1502
12721510      Washington Mutual,    P.O. Box 660487,    Dallas, TX 75266-0487
12721511      Waste Management,    P.O. Box 9001054,    Louisville, KY 40290-1054
12721512     +Wil & Elaine Burcham,    3502 Middlesex Dr.,    Woodstock, IL 60098-7181
12721513     +Windsor Doors,    4519 Prime Parkway,    Mchenry, IL 60050-7000
12721514     +Zoom Graphics, Inc.,    1300 Basswood Road,    Schaumburg, IL 60173-4522
The following entities were noticed by electronic transmission on Oct 01, 2009.
12721416     +E-mail/Text: mmachnik@cn-bank.com                                         Charter National Bank,
               2200 W. Higgins Road,    Hoffman Estates, IL 60169-2481
12721425      E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                                       ComEd,
               Attn: Bankruptcy Department,    Bill Payment Center,    Chicago, IL 60668-0001
12721434      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2009 04:48:38      Discover,   P.O. Box 30395,
               Salt Lake City, UT 84130-0395
13488204      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 02 2009 04:48:38
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12721464      E-mail/PDF: cr-bankruptcy@kohls.com Oct 02 2009 04:34:56      Kohl’s,    P.O. Box 2983,
               Milwaukee, WI 53201-2983
12721509      E-mail/Text: DREED@GOPLAINFIELD.COM                                       Village of Plainfield,
               24000 W. Lockport Street,    Plainfield, IL 60544
12721507      E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 02 2009 04:33:38      Verizon,
               P.O. Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12721438      Fox Valley Landscapes
12721468      Material Steel Service
```

```
District/off: 0752-1          User: mflowers              Page 3 of 3                   Date Rcvd: Oct 01, 2009
Case: 08-27791                Form ID: pdf006             Total Noticed: 136

aty*           +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
13458717*      +B&B Networks,    245 W Roosevelt Road,    Building 3 suite 17,    West Chicago,IL 60185-4838
                                                                                             TOTALS: 2, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2009**                         **Signature:** *Joseph Speetjens*